# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Tammy Sue Hayes | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Dan Riley | **INTERPRETER:** No |
| Telephone No.: (208) 386-2100 | If YES, language: |
| **AGENCY:** DEA | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** CASE NUMBER: |

Rcvd / Filed OCT 24 2017 — STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO — U.S. COURTS

CR-17-289-E-DCN

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Bannock |
| Class A Misdemeanor: | | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 1 | Conspiracy to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2 | 7 | Possession with Intent to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 24 October 2017     Assistant U.S. Attorney: MICHAEL J. FICA
Telephone No.: (208) 478-4166

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Jeremy Clifford Fransen** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Dan Riley | INTERPRETER: No |
| Telephone No.: (208) 386-2100 | If YES, language: |
| AGENCY: DEA | |
| CASE INFORMATION: | RELATED COMPLAINT: CASE NUMBER: |

Received U.S. COURTS OCT 24 2017 Filed ___ Time ___ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO

CR-17-289-E-DCN

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**
Class A Misdemeanor:
Class B or C Misdemeanor: (Petty Offense)

County of Offense: **Bannock**
Estimated Trial Time: **5 days**

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 1 | Conspiracy to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2 | 7 | Possession with Intent to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 24 October 2017

Assistant U.S. Attorney: MICHAEL J. FICA
Telephone No.: (208) 478-4166

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | James Scott Erickson | JUVENILE: | No |
| DEFENSE ATTORNEY: | | | |
| Address: | | PUBLIC or SEALED: | Public |
| | | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| Telephone No.: | | ISSUE: | Yes |
| INVESTIGATIVE AGENT: | Dan Riley | INTERPRETER: | No |
| Telephone No.: | (208) 386-2100 | If YES, language: | |
| AGENCY: | DEA | | |
| CASE INFORMATION: | | RELATED COMPLAINT: CASE NUMBER: | |

U.S. COURTS
Rcvd ___ Filed ___ Time ___
OCT 24 2017
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | Indictment | | |
| Felony: | Yes | County of Offense: | Bannock |
| Class A Misdemeanor: | | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 1 | Conspiracy to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | 5-6 | Possession with Intent to Distribute a Controlled Substance | Up to 20 years' incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment on each count |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 24 October 2017   Assistant U.S. Attorney: MICHAEL J. FICA
Telephone No.: (208) 478-4166

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Brianna Michelle Peck | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Dan Riley | **INTERPRETER:** No |
| Telephone No.: (208) 386-2100 | If YES, language: |
| **AGENCY:** DEA | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** CASE NUMBER: |

*Stamp: U.S. COURTS, Rcvd ___ Filed ___ OCT 24 2017, STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | |
|---|---|
| Felony: Yes | County of Offense: Bannock |
| Class A Misdemeanor: | Estimated Trial Time: 5 days |
| Class B or C Misdemeanor: (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 1 | Conspiracy to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | 5 | Possession with Intent to Distribute a Controlled Substance | Up to 20 years' incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 24 October 2017

Assistant U.S. Attorney: MICHAEL J. FICA

Telephone No.: (208) 478-4166

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: | Melanie Lee Croft |
| DEFENSE ATTORNEY: | |
| Address: | |
| Telephone No.: | |
| INVESTIGATIVE AGENT: | Dan Riley |
| Telephone No.: | (208) 386-2100 |
| AGENCY: | DEA |

| | |
|---|---|
| JUVENILE: | No |
| PUBLIC or SEALED: | Public |
| SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| ISSUE: | Yes |
| INTERPRETER: | No |
| If YES, language: | |

CASE INFORMATION:

RELATED COMPLAINT: CASE NUMBER:

*U.S. COURTS — Rcvd — Filed OCT 24 2017 — Time 5:40pm — STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

*CR-17-289-E-DCN*

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| CHARGING DOCUMENT: | Indictment |
| Felony: | Yes |
| Class A Misdemeanor: | |
| Class B or C Misdemeanor: (Petty Offense) | |
| County of Offense: | Bannock |
| Estimated Trial Time: | 5 days |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | 1 | Conspiracy to Distribute a Controlled Substance | From 10 years to life imprisonment and/or $10,000,000 fine; at least 5 years supervised release; $100 special assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | 2-4 | Possession with Intent to Distribute a Controlled Substance | Up to 20 years' incarceration and/or $1,000,000 fine, at least 3 years supervised release, $100 special assessment on each count |
| 21 U.S.C. § 853 | | Drug Forfeiture | |

Date: 24 October 2017

Assistant U.S. Attorney: MICHAEL J. FICA
Telephone No.: (208) 478-4166