# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Initial Appearance
(X) Video Arraignment
(X) Video Detention

MAGISTRATE JUDGE: Ronald E. Bush          DATE: October 27, 2017
DEPUTY CLERK: K. Montgomery/N. Lynch      TIME: 2:57 – 3:05
ESR: K. Montgomery                        Video - Boise to Pocatello, IDAHO

<u>UNITED STATES OF AMERICA vs. Melanie Lee Croft</u>
             4:17-cr-00289-DCN-5

Counsel for:   United States (AUSA): Jack Haycock, AUSA
               Defendant: Steve Richert, Federal Defender
               USPO: Lisa Melchert/Katie Hedrick
               Interpreter: Not needed

(X) Defendant waived personal appearance for today's hearing.
(X) Defendant appears on a warrant.
(X) Court reviewed the record. (X) Defendant placed under oath.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided.
(X) Financial Affidavit reviewed and Court appointed John Cutler, CJA to represent defendant.
(X)  Indictment    ( ) Information   ( ) Complaint
       (X) Copy furnished to defendant/understands the charges and maximum penalties
       ( ) Read by Clerk    (X) Waived Reading ( ) Read by Interpreter

(X) PLEA: **NOT GUILTY** entered by the defendant

(X) **ORDER:** Counsel made elections and Court entered Procedural Order.  Jury Trial set for 1:30 PM, December 11, 2017, in Pocatello, Idaho before Judge David C. Nye.  A telephonic pre-trial readiness conference set for 4:00 p.m., November 29, 2017 before Judge Nye. Counsel for the Government is directed to initiate the call.

(X) Defendant advised of rights to a detention hearing, defendant requested a hearing and matter set for Detention hearing on Monday, November 6, 2017 at 9:30 a.m., in Pocatello, Idaho before Judge Dale by video conference.

Order of Temporary Detention entered.

(X) Parties may keep copy of Bail Report; So Ordered.

(X) Defendant remanded to the custody of the U.S. Marshal.