UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

(X  ) Video Detention Hearing

MAGISTRATE JUDGE: Candy Wagahoff Dale          DATE: 11/6/17
DEPUTY CLERK/ESR: Amy Tate                     TIME: 2:28-2:53 PM

UNITED STATES OF AMERICA vs. Melanie Lynn Croft
Case No. CR17-289-E-BLW
Counsel for:   United States (AUSA): Michael Fica
               Defendant: Steven Richert, FD (previously appointed)
               Probation: Katie Hedrick and Ben Biddulph

(X  ) Parties consent to proceed via video conference.

          (X   ) VIDEO DETENTION HEARING

WITNESSES:
(  ) Government
(  ) Defendant
EXHIBITS:     (X  ) Government
                  1. Pretrial Services Report - marked and admitted - SEALED
              (  ) Defendant

Proffer by Government
Proffer by Defendant.

(X  ) Order: Following argument by both parties, the Court ordered the Defendant detained. Government's Motion for Detention, Dkt. 9, is GRANTED.  Oral ruling as stated on the record. Order of Detention entered.